UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 7

U.S.C.A. # ______

U.S.D.C. # 07-cv-5868

JUDGE: DC

DATE: Oct. 29, 2007

Yapi
-v-
Kondratyeva, et al

U.S. DISTRICT COURT FILED OCT 29 2007 S.D. OF N.Y.

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

( ✓ ) Original Record

( ______ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 29th Day of OCTOBER, 2007.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yapi | U.S.C.A. # ______ |
| -v- | U.S.D.C. # 07-cv-5868 |
| Kondratyeva | JUDGE: DC |
| | DATE: 10/29/2007 |

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 6, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of Oct. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

**J. Michael McMahon, Clerk**

By ______________________
Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-05868-DC**
**Internal Use Only**

Yapi v. Kondratyeva et al
Assigned to: Judge Denny Chin
Cause: 28:1331 Fed. Question: Other

Date Filed: 06/20/2007
Date Terminated: 07/10/2007
Jury Demand: Plaintiff
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | COMPLAINT against Martin Karopkin, Debra Silbert, Tatyana V. Kondratyeva, Boris Averbourgh, Jared Berliner, Helen Punders, Carole Sherman, Carole P. Levi, Steward Weinstein. (Filing Fee $ 350.00, Receipt Number 618949)Document filed by Joseph Yapi.(tro) (Entered: 06/25/2007) |
| 06/20/2007 | | SUMMONS ISSUED as to Martin Karopkin, Debra Silbert, Tatyana V. Kondratyeva, Boris Averbourgh, Jared Berliner, Helen Punders, Carole Sherman, Carole P. Levi, Steward Weinstein. (tro) (Entered: 06/25/2007) |
| 06/20/2007 | | Magistrate Judge Theodore H. Katz is so designated. (tro) (Entered: 06/25/2007) |
| 07/09/2007 | 2 | MEMORANDUM DECISION; that for the reasons that are set forth in this order, plaintiffs complaint is hereby dismissed sua sponte. The Clerk of Court is directed to enter judgment dismissing the complaint. (Signed by Judge Denny Chin on 7/9/07) (pl) (Entered: 07/10/2007) |
| 07/09/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: [2] Order, to the Judgments and Orders Clerk. (pl) (Entered: 07/10/2007) |
| 07/10/2007 | 3 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Decision dated July 9, 2007, the complaint is dismissed. (Signed by J. Michael McMahon, clerk on 7/10/07) (ml) (Entered: 07/10/2007) |
| 07/11/2007 | | Mailed notice of Right to Appeal re: [3] Clerk's Judgment to Pro Se Litigant(s): Joseph Yapi. (tve) (Entered: 09/11/2007) |
| 09/13/2007 | 4 | MOTION for Reconsideration. Document filed by Joseph Yapi.(djc) (Entered: 09/17/2007) |
| 09/25/2007 | | MEMO ENDORSEMENT denying [4] Motion for Reconsideration. ENDORSEMENT: MOTION DENIED PER ORDER DATED SEPTEMBER 20, 2007. (Signed by Judge Denny Chin on 9/20/07) (tro) (Entered: 09/25/2007) |
| 09/25/2007 | 5 | ORDER. Plaintiff moves for reconsideration of his complaint by papers submitted to the pro se office on September 13, 2007. Plaintiff's motion is denied. First, it is untimely as it seeks reconsideration of my memorandum decision issued on July 9, 2007. Second, it is denied on the merits for plaintiff has demonstrated no basis for the Court to change its ruling. (Signed by Judge Denny Chin on 9/20/07) (djc) (Entered: 09/25/2007) |
| 10/22/2007 | 6 | NOTICE OF APPEAL from Order on Motion for Reconsideration, [5] Order. Document filed by Joseph Yapi. Filing fee $ 455.00, receipt number E 630812. (tp) (Entered: 10/29/2007) |
| 10/29/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 10/29/2007) |
| 10/29/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 10/29/2007) |